Form: ICB-19001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977



Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Robert R. Pace, Sr.
    Jacqueline A. Pace

Debtor(s)

Case No.: 14-31332 (ABA)

Hearing Date: 10/25/2017

Judge:        Andrew B. Altenburg, Jr.

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: October 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Robert R. Pace, Sr. and Jacqueline A. Pace
Case No.: 14-31332 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 06/05/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $432.00 **for a period of 24 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $13,932.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Debtor: Robert R. Pace, Sr. and Jacqueline A. Pace
Case No.: 14-31332 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Fay Servicing will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Fay Servicing on account of pre-petition arrears set forth in the proof of claim dated February 18, 2015 and on account of post-petition arrears set forth in the order dated August 3, 2016. total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:
Robert R. Pace, Sr
Jacqueline A. Pace
    Debtors

Case No. 14-31332-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 26, 2017
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db/jdb        +Robert R. Pace, Sr,   Jacqueline A. Pace,   1100 Main Road,   Newfield, NJ 08344-5338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
         Adam Jason Friedman    on behalf of Creditor    Fay Servicing LLC as servicer for First Guaranty
          Mortgage Corporation bankruptcy@friedmanvartolo.com
         Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICES CORP. SERVICER FOR FIRST
          GUARANTY MORTGAGE CORPORATION nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP. SERVICER FOR
          FIRST GUARANTY MORTGAGE CORPORATION FOR MASS MUTUAL nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         James Patrick Shay    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICES CORP. SERVICER FOR
          FIRST GUARANTY MORTGAGE CORPORATION james.shay@phelanhallinan.com
         Justin  Plean    on behalf of Creditor    First Guaranty Mortgage Corporation bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com
         Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Richard S. Hoffman, Jr.    on behalf of Debtor Robert R. Pace, Sr rshoffman@hoffmandimuzio.com,
          lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
         Richard S. Hoffman, Jr.    on behalf of Joint Debtor Jacqueline A. Pace
          rshoffman@hoffmandimuzio.com,   lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
                                                                                                         TOTAL: 11