Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–31332–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert R. Pace Sr
1100 Main Road
Newfield, NJ 08344

Jacqueline A. Pace
aka Jackie A. Pace
1100 Main Road
Newfield, NJ 08344

Social Security No.:
 xxx–xx–7675

xxx–xx–6520

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            June 21, 2019
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*72* – Certification in Opposition to the Chapter 13 Standing Trustee's Certification of Default (related document:71 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/20/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Richard S. Hoffman Jr. on behalf of Jacqueline A. Pace, Robert R. Pace Sr. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: May 21, 2019
JAN: jpl

Jeanne Naughton
Clerk