Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−31332−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert R. Pace Sr
1100 Main Road
Newfield, NJ 08344

Jacqueline A. Pace
aka Jackie A. Pace
1100 Main Road
Newfield, NJ 08344

Social Security No.:
   xxx−xx−7675                                xxx−xx−6520

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             June 21, 2019
Time:                09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*72* – Certification in Opposition to the Chapter 13 Standing Trustee's Certification of Default (related document:71 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/20/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Richard S. Hoffman Jr. on behalf of Jacqueline A. Pace, Robert R. Pace Sr. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: May 21, 2019
JAN: jpl

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert R. Pace, Sr  
Jacqueline A. Pace  
    Debtors

Case No. 14-31332-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 21, 2019  
                 Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
db/jdb        +Robert R. Pace, Sr,   Jacqueline A. Pace,   1100 Main Road,   Newfield, NJ 08344-5338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
      Adam Jason Friedman    on behalf of Creditor    Fay Servicing LLC as servicer for First Guaranty Mortgage Corporation bankruptcy@friedmanvartolo.com  
      Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP. SERVICER FOR FIRST GUARANTY MORTGAGE CORPORATION FOR MASS MUTUAL nj.bkecf@fedphe.com  
      Andrew L. Spivack    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICES CORP. SERVICER FOR FIRST GUARANTY MORTGAGE CORPORATION nj.bkecf@fedphe.com  
      Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      James Patrick Shay    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICES CORP. SERVICER FOR FIRST GUARANTY MORTGAGE CORPORATION jpshay@mdwcg.com, jpshay@gmail.com  
      James Patrick Shay    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION AS SERVICER FOR FIRST GUARANTY MORTGAGE CORPORATION jpshay@mdwcg.com, jpshay@gmail.com  
      Justin  Plean    on behalf of Creditor    First Guaranty Mortgage Corporation bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
      Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com  
      Richard S. Hoffman, Jr.    on behalf of Debtor Robert R. Pace, Sr rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
      Richard S. Hoffman, Jr.    on behalf of Joint Debtor Jacqueline A. Pace rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
      Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation dnj@pbslaw.org  
                                                                                                         TOTAL: 14